UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. RICHARDS,<br><br>Plaintiff(s),<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, ET AL.,<br><br>Defendant(s). | Case No. EDCV 17-471-DMG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered DISMISSING this action with prejudice.

Dated: October 19, 2018

HONORABLE DOLLY M. GEE
United States District Judge